UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMES MacDOWELL BOONE,

    Plaintiff,

v.                                          No.: 3:11-cv-212
                                                      (VARLAN/GUYTON)

DR. SHARON CHASTAIN, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This is a *pro se* civil rights complaint under 42 U.S.C. § 1983. The matter was dismissed for failure to prosecute and plaintiff filed a motion to reopen the case, which was denied. Plaintiff has now filed a second motion to reopen along with a request for a copy of all pleadings in this case. Plaintiff does not state why the case should be reopened and his motion to reopen [Doc. 12] is **DENIED**. As for plaintiff's request for copies, he should contact the Clerk's Office to determine the amount he must prepay in order to obtain copies.

**E N T E R :**

                                                       s/ Thomas A. Varlan
                                                       UNITED STATES DISTRICT JUDGE